19489

AETNA INSURANCE COMPANY, Respondent, v. GOVERNMENT EMPLOYEES INSURANCE COMPANY et al., Appellants

(191 S. E. (2d) 720)

*Messrs. Love, Thornton, Arnold & Thomason*, and *Haynsworth, Perry, Bryant, Marion & Johnstone*, all of Greenville, *for Appellants,*

*Messrs. Leatherwood, Walker, Todd & Mann*, of Greenville, *for Respondent,*

September. 19, 1972.

*Per Curiam.*

The question in this case is whether the provisions of the Motor Vehicle Safety Responsibility Act (Sections 46-750. 31 (2) and 46-750.32, Supplement to the 1962 Code of Laws) requires that automobile liability insurance policies issued in this State provide coverage for a minor, unmarried son of an insured and resident of her household, while driving a vehicle not listed in the policy. The lower court held that such coverage was not required by the statutes.

The judgment under appeal is affirmed under the decision in *Crenshaw v. Preferred Risk Mutual Insurance Company*, S. C., 191 S. E. (2d) 718, filed this date.